Criminal Std (6/13/2012)

HONORABLE: Smith
DEPUTY CLERK Sunbury          RPTR/ECRO/TAPE FTR
USPO Chester                  INTERPRETER _____

TOTAL TIME: ____ hours 15 minutes
DATE: 6/13/13   START TIME: 1:10   END TIME: 1:25

**COURTROOM MINUTES**

- [x] IA-INITIAL APPEAR
- [ ] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [ ] DETENTION HRG
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [x] MOTION HRG

CRIMINAL NO. 13MJ212TPS   DEFT # ____

J. Stone
AUSA

**UNITED STATES OF AMERICA**
vs
Jahmell Harding

Robert Golger
Counsel for Defendant Ret ☐ CJA ☐ PDA ☐

---

- ☐ Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- [x] Arrest Date (CT Case): 6/13/13  ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- [x] CJA 23 Financial Affidavit filed [x] under seal
- ☐ Order Appointing Federal Public Defender's Office filed
- [x] Court appoints Attorney Robert Golger to represent defendant for ☐ this proceeding only [x] all proceedings
- ☐ Appearance of _____ filed
- ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of Daniel Prather filed
- ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ____ of the ____ (indict, superseding indict, info)
- ☐ Petition to Enter Guilty Plea filed
- ☐ Defendant motions due ____ ; Government responses due ____
- ☐ Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ Hearing on Pending Motions scheduled for ____ at ____
- ☐ Jury Selection set for ____ at ____
- ☐ Remaining Count(s) to be dismissed at sentencing
- ☐ Sentencing set for ____ at ____  ☐ Probation 246B Order for PSI & Report
- ☐ Special Assessment of $____ on count(s) ____. Total $____  ☐ Due immediately ☐ Pay at sentencing
- ☐ Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Order of Detention filed
- ☐ Deft ordered removed/committed to originating /another District of ____
- ☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ Waiver of Rule 5 Hearing filed
- ☐ Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Bond ☐ set at $____  ☐ reduced to $____  ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ Defendant detained
- [x] Bond Hearing ☐ waived [x] set for 6/18/13 2:00   ☐ continued until ____
- ☐ Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

- [x] Gvt's oral Motion to unseal complaint, affidavit, warrant granted
- [x] Deft's oral Motion to seal financial affidavit, granted