UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO. 3:13CR44 (MPS) |
| | : | |
| NANCE, ET AL | : | SEPTEMBER 3, 2013 |

MOTION TO WITHDRAW APPEARANCE

To the Clerk of the Court and all parties of record, please withdraw the appearance of Rahul Kale, Assistant United States Attorney, as counsel for the United States of America in the above-referenced case.

Respectfully submitted,

DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY


  /s/ Rahul Kale
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut   06604
(203) 696-3000
ATTORNEY BAR NO. PHV02526


CERTIFICATE OF SERVICE

I hereby certify that on **September 3, 2013**, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.  Parties may access this filing through the Court's CM/ECF System.


  /s/ Rahul Kale
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY