S                  UNITED STATES DISTRICT COURT
                          DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:13CR44 (MPS) |
| | : | |
| v. | : | |
| | : | |
| LUTHER NANCE, ET AL. | : | December 3, 2013 |

**GOVERNMENT'S NOTICE OF RELATED CASE**

The United States of America respectfully notifies the Court that the above-captioned matter is related to the case entitled *United States v. Joseph Miller, et al.*, 3:13cr211 (VLB), which is assigned to Judge Vanessa L. Bryant.   More particularly, the government is filing this notice to advice the Court of the following:

      1.      On February 26, 2013, a federal grand jury in Hartford, Connecticut returned an eleven count indictment charging Luther Nance and two co-defendants with conspiracy to possess with intent to distribute and to distribute cocaine base, in violation of 21 U.S.C. § 846 and related offenses.   This case is the above-captioned case, which is assigned to Your Honor and is assigned Criminal No. 3:13cr44 (MPS).

      2.      On June 27, 2013, in above-captioned case, a federal grand jury in Hartford, Connecticut returned a fifty-one count superseding indictment charging Luther Nance and fourteen co-defendants with conspiracy to possess with intent to distribute and to distribute cocaine base, in violation of 21 U.S.C. § 846 and related offenses.   This case is based on evidence alleging that Luther Nance and his fourteen co-defendants were distributing cocaine base and other narcotics in several communities throughout Connecticut.

      3.      In the above-captioned case, one defendant has pled guilty and been sentenced. Jury trial for seven co-defendants is scheduled for March 12, 2014 and jury trial for the remaining

seven co-defendants is scheduled for May 14, 2014.

4. Based on evidence developed during the investigation and prosecution of the above-captioned case, including information obtained from cooperating sources, search warrants, financial records, phone records, airline records, recorded telephone calls and interviews, investigators developed evidence alleging that Luther Nance and certain of his associates were obtaining kilogram quantities of cocaine from a source of supply in California and that these co-conspirators were laundering drug proceeds by transferring the funds through financial institutions from Connecticut to California.

5. On November 14, 2013, a federal Grand Jury in Hartford, Connecticut returned an indictment charging eight co-defendants -- specifically, Luther Nance, Nance's alleged sources of supply and Nance's associates who allegedly were involved in the acquisition of kilogram quantities of cocaine and the laundering of drug proceeds -- with the following two offenses: (a) conspiracy to possess with intent to distribute and to distribute cocaine, in violation of 21 U.S.C. § 846; and (b) conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).   This case is assigned to Judge Bryant and is entitled *United States v. Joseph Miller, et al.*, 3:13cr211 (VLB).

6. As of December 3, 2013, in the case entitled *United States v. Joseph Miller, et al.*, 3:13cr211 (VLB), four co-defendants have been arraigned.   The remaining four co-defendants currently are scheduled to be arraigned on December 9, 2013 and December 10, 2013.

7. The above-captioned case is related to the case entitled *United States v. Joseph Miller, et al.*, 3:13cr211 (VLB) in so far as both cases arose from the same investigation, involve overlapping evidence and, if the cases go to trial, likely would involve overlapping witnesses.

8. Based on the foregoing, the Court may choose to reassign one of the

above-referenced cases so that both cases are assigned to a single Judge pursuant to the Court's "related case" policy.  S*ee* D. Conn. L. Cr. R. 50(b) ("All cases will be a assigned to a single Judge from filing to termination.   In the event that it is subsequently determined that there is pending in this District a related case, . . . such case should normally be assigned to the Judge having the earliest filed case.   A case may be reassigned at the discretion of the Chief Judge, after due consultation with the transferor and transferee Judge.").

9. The Government is filing similar notices in each of the above-described related cases.

Respectfully submitted,

DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY

/s/

GEOFFREY M. STONE
ASSISTANT UNITED STATES ATTORNEY
450 Main Street
Hartford, Connecticut   06103
Telephone (860) 947-1101
Federal Bar No. CT25326

CERTIFICATE OF SERVICE

This is to certify that on December 3, 2013, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:            /s/

GEOFFREY M. STONE
Assistant U.S. Attorney