Criminal Std (6/13/2012)

HONORABLE: W. I. Garfinkel
DEPUTY CLERK Barrille          RPTR/ECRO/TAPE R. Miller Sr
USPO N/A                       INTERPRETER _____

TOTAL TIME: ____ hours 36 minutes

DATE: Jan 15, 2014   START TIME: 1:50   END TIME: 2:26

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☒ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. 3:13cr44(MPS)   DEFT # ____

UNITED STATES OF AMERICA
vs
Jahmell Harding

Vanessa Richards for
AUSA

Robert G. Golger
Counsel for Defendant Ret ☐ CJA ☒ PDA ☐

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ....... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ....... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ....... Order Appointing Federal Public Defender's Office filed
- ☐ ....... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ....... Appearance of _____ filed
- ☐ ....... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ....... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ....... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ....... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☒ ....... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ ...... Plea of ☐ not guilty ☒ guilty ☐ nolo contendere to count(s) __1__ of the Superseding Indictment (indict, superseding indict, info)
- ☐ ....... Petition to Enter Guilty Plea filed
- ☐ ....... Defendant motions due _____ ; Government responses due _____
- ☐ ....... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for _____ at _____
- ☐ ....... Jury Selection set for _____ at _____
- ☐ ....... Remaining Count(s) to be dismissed at sentencing
- ☒ ....... Sentencing set for 4-9-14 at 3:30 Pm ☒ Probation 246B Order for PSI & Report
- ☒ ....... Special Assessment of $ 100 on count(s) 1s. Total $ _____ ☐ Due immediately ☒ Pay at sentencing
- ☐ ....... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ....... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ....... Order of Detention filed
- ☐ ....... Deft ordered removed/committed to originating /another District of _____
- ☐ ....... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ....... Waiver of Rule 5 Hearing filed
- ☐ ....... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ....... Bond ☐ set at $ _____ ☐ reduced to $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ....... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☒ ....... Defendant detained
- ☐ ....... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ....... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☐ conditions of bond ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | |
|---|---|---|
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ____ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ____ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ____ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ____ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... _Consent Form_ | ☒ filed ☐ granted ☐ denied ☐ advisement |
| ☒ ..... _Findings & Recommendations_ | ☒ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |